IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER WILLIAM BLANCK,

    Plaintiff,

                                                    Case No.  22-cv-280-jdp

    v.

STEVEN BISKUPIC, GOPS MAJOR
DONORS, CHARLES KOCH, KOCH,
DANIEL S. CRAFT and INDUSTRIES
SOURCE OF WEALTH FINANCIAL
DONATIONS, ETC.

    Defendants.

## JUDGMENT IN A CIVIL CASE

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case.

| | |
|---|---|
| /s/ | May 19, 2022 |
| Joel Turner, Clerk of Court | Date |